UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
CASE NO: 19-30170-jal

IN RE: JOSHUA R. GEARY  Chapter 7
Case No. 19-30170-jal

FIDELITY AUTOMOTIVE, INC. d/b/a  PLAINTIFF
CLARK COUNTY AUTO AUCTION

v.  *ELECTRONICALLY FILED*

JOSHUA R. GEARY  DEFENDANT

ADVERSARY PROCEEDING
CASE NO.

\*\* \*\* \*\*

## COMPLAINT

Plaintiff, Fidelity Automotive, Inc. d/b/a Clark County Auto Auction ("Fidelity"), by counsel, brings the following complaint against Joshua R. Geary ("Debtor") in the above-styled bankruptcy.

1. Fidelity is a corporation organized under the laws of the State of Indiana.

2. Debtor filed the Chapter 7 Bankruptcy seeking to discharge all his debts, including debts to Fidelity amounting to over $100,000.

3. Fidelity object to discharge of the debts of Debtor.

4. With the intent to defraud Fidelity, Debtor transferred his property within one year before the date of filing his petition in this case.

5. Debtor, knowingly and fraudulently, failed to disclose to the trustee in this action and concealed his interest in Cliff & Sons Auto Sales, LLC and/or his interest in automobiles and/or the proceeds from sales of automobiles, and Debtor failed to fully disclose and concealed documentation related thereto.

6. Pursuant to 11 U.S.C.A. § 727(a)(2-4), Debtor's debts should not be discharged.

7. Debtor's debt to Fidelity was obtained through fraud, as Debtor knew he would not and/or could not pay the debt when he incurred it.

8. Pursuant to 11 U.S.C.A. 523(a)(2), Debtor's debts to Fidelity should not be discharged.

**WHEREFORE**, Plaintiff respectfully demands as follows:

1. That Debtor's debts not be discharged and that his bankruptcy petition be dismissed;

2. Debtor's debts to Fidelity not be discharged;

3. All of its damages, costs, attorney fees, and interest herein;

4. Any and all relief to which it may be entitled.

Respectfully submitted,

/s/ Joshua T. Rose
Joshua T. Rose
ABELL ROSE LLC
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com

*Attorney for Plaintiff*